

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Manuel R. Carrasco,

Vs. No. 11-16-00211-CR

The State of Texas,

\* From the 358th District Court
of Ector County,
Trial Court No. D-37,806.

\* July 26, 2018

\* Memorandum Opinion by Bailey, J.
(Panel consists of: Willson, J.,
Bailey, J., and Wright, S.C.J.,
sitting by assignment)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we modify the judgment of the trial court to reflect that Manuel R. Carrasco violated "Rule D" rather than "Rule A" concerning Paragraph 1 and Paragraph 2 of the State's Motion to Revoke. The judgment of the trial court is affirmed as modified.